IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-02211 |
| ) | |
| MARY DOWDS, individually and as an agent ) | |
| of ARTHUR I.G.A. FOODLINER, ) | |
| ARTHUR I.G.A. FOODLINER, ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, ) | |
| individually and officially, and ROGER HANSEN, ) | |
| Arthur police officer, individually and officially, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

NOW COMES the Defendant, KIRBY FOODS, INC., d/b/a ARTHUR I.G.A. FOODLINER, incorrectly sued as ARTHUR I.G.A FOODLINER (hereinafter "IGA"), by its attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and for its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) states as follows:

1. On January 19, 2007, Plaintiff filed his eight count Amended Complaint. Only Counts V, VI and VIII are directed against the Defendant IGA.

2. Counts V and VI purport to allege causes of action under Title VII of the Civil Rights Act of 1964. Count V alleges that IGA is vicariously liable for sexual harassment under 42 U.S.C. § 2000e. Count VI alleges retaliatory discharge in violation of 42 U.S.C. § 2000e-3.

3. Count VIII alleges that IGA is vicariously liable for malicious prosecution.

4. Counts V, VI and VIII fail to state a claim on which relief may be granted.

5. The statute of limitations for Title VII of the Civil Rights Act of 1964, 42 U.S.C.

§ 2000e-5(e)(1), mandates that, in order to be actionable, charges of Title VII violations must be filed with the Equal Employment Opportunity Commission ("EEOC") within three hundred days of the alleged discriminatory act.

6. The discriminatory act alleged under Count V purportedly took place on June 29, 2005, and the purported retaliatory discharge alleged under Count VI took place on July 20, 2005.

7. However, the Plaintiff did not file a charge with the EEOC until November 2, 2006, well over a year after the alleged violations of Title VII. (Attached hereto as Exhibit 1 is a copy of the Charge of Discrimination filed by the Plaintiff with the EEOC as Charge Number 440-2007-01495. IGA requests that the Court take judicial notice of the file in EEOC Charge Number 440-2007-01495.)

8. Finally, Count VIII of the Amended Complaint fails to state a claim upon which relief may be granted because the Plaintiff's alleged cause of action falls with the ambit of the exclusivity provision of the Illinois Worker's Compensation Act, at 820 ILCS 305/11.

9. Thus, Plaintiff's exclusive remedy against IGA for his alleged malicious prosecution is to make a worker's compensation claim.

10. Filed concurrently herewith and incorporated herein by this reference is the Defendant IGA's Memorandum of Law in Support of Motion to Dismiss.

WHEREFORE, the Defendant, KIRBY FOODS, INC. d/b/a ARTHUR I.G.A. FOODLINER, incorrectly sued as ARTHUR I.G.A. FOODLINER, moves the Court to Dismiss

Counts V, VI and VIII of the Amended Complaint with prejudice, and for such other relief as the Court deems just and proper.

> Respectfully submitted,
>
> **s/Lorna K. Geiler**
> Lorna K. Geiler, No. 7372814
> Attorney for Defendant
> Meyer Capel, A Professional Corporation
> 306 W. Church Street
> Champaign, IL 61820
> Telephone: (217) 352-1800
> Fax: (217) 352-1083
> lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I electronically filed the foregoing **Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL 60412
captain1970@thelifeline.net

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

                                                **s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com


EXHIBIT 1

CHARGE OF DISCRIMINATION

is affected by the Privacy Act of 1974: See Privacy Act Statement before
filing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 440-2007-01495 |

and EEOC

State or local Agency, if any

(Indicate Mr., Ms., Mrs.)

| Name | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Jordan T. Banton | 217 832 9941 / 217 201 3015 |

| ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | P.O. Box 1192 Decatur, IL 62526 | 2/24/1988 |

IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT
Y WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| Name | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Arthur IGA Foodliner | 15+ | 217 543-2633 |

| ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | 215 S. Vine / Arthur, IL 61911 | Moultrie |

| Name | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Mary Dowds/manager-IGA | 217 543-2633 |

| ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | 215 S. Vine / Arthur, IL 61911 | Moultrie |

OF DISCRIMINATION BASED ON (Check appropriate boxes)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): June 29, 2005
LATEST (ALL): Oct. 31, 2005

☐ CONTINUING ACTION

ARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

see attached

RECEIVED
NOV 0 2 2006
CHICAGO DISTRICT OFFICE

this charge filed with both the EEOC and the State or local Agency,
I will advise the agencies if I change my address or telephone
and I will cooperate fully with them in the processing of my
in accordance with their procedures.

are under penalty of perjury that the foregoing is true and correct.

Charging Party (Signature) /s/ Jordan Banton

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true
to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

I.   A.   ISSUE/BASIS

1. Sexually harassed on June 29, 2005.

B.   PRIMA FACIE ALLEGATIONS

1. On June 29, 2005, my supervisor, Mary Dowds, night manager of the IGA store in which I was employed (in Arthur, Illinois), told me to clean the breakroom at the store, and sent the other employees to the other side of the store. Mary came back into the breakroom (when no one else was there) and told me to sit and have a cigarette. She then sat and moved extremely close to me and placed her hand inside my pants and on my genitals.
2. I declined Mary's advances, by shoving her off of me and informing her that I would report her to the authorities.
3. Mary then stood up and unzipped her pants and exposed her genitals to me, stating to me "You know you want it!"
4. I got up to leave the room and she ordered me to go home for the day.

II.  A.   ISSUE/BASIS

1. Discharge and malicious prosecution on or about July 20-26, 2005 in retaliation.

B.   PRIMA FACIE ALLEGATIONS

1. All items in Count I above are realleged and reincorporated as Item 1 of Count II herein.
2. I resisted, declined, and objected to Mary Dowds' sexual advances toward me, and I reported her sexual harassment to the police.
3. I discovered on or around July 20, 2005 that I had been terminated from my employment with Arthur IGA.
4. Mary pressed charges against me for alleged theft of items from the IGA store (I was served summons indicating that I was formally charged with theft on August 4, 2005), and a jury found

        me NOT GUILTY of said theft on October 31, 2005.

5. My discharge and prosecution followed my resistance to and complaint against Mary's sexual harassment within a short period of time, thus raising an inference of retaliatory motivation. I did not steal any items from the Arthur IGA store.

JORDAN T. BANTON, Complainant

By: *[signature]*
Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL 60412
(708) 662-0945
Fax: (708) 753-1242