05483-R3662
KEF:dkl
G:\62\R3662\R3662EOA 001

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JORDAN T. BANTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 06 CV 2211 |
| | ) | |
| MARY DOWDS, individually and as an agent of ARTHUR I.G.A. FOODLINER, an Illinois corporation; MICHAEL GOODMAN Arthur Chief of Police, individually and officially; and ROGER HANSEN, Arthur police officer, individually and officially, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

NOW COMES KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendants, MICHAEL GOODMAN and ROGER HANSEN. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

MICHAEL GOODMAN and
ROGER HANSEN, Defendants

s/ Keith E. Fruehling
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL  60412


Ms. Lorna K. Geiler
Meyer Capel, P.C.
P.O. Box 6750
Champaign, IL  61826-6750

 

           s/ Keith E. Fruehling
           Attorney for Defendants
           Heyl, Royster, Voelker & Allen
           Suite 300
           102 E. Main Street
           P.O. Box 129
           Urbana, IL 61803-0129
           217-344-0060 Phone
           217-344-9295 Fax
           E-mail: kfruehling@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2