OAO 399  (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: _____Jason R. Craddock_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____Mary Dowds_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _____Banton v. Dowds, et al_____
(CAPTION OF ACTION)

which is case number _____06-2211_____ in the United States District Court
(DOCKET NUMBER)

for the _____Central_____ District of _____Illinois (Urbana)_____

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

_____1/20/07_____
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____2-1-07_____         _____Mary Dowds_____
(DATE)                     (SIGNATURE)

Printed/Typed Name: _____MARY Dowds_____

As _____ of _____
     (TITLE)        (CORPORATE DEFENDANT)