E-FILED
Monday, 05 March, 2007   10:29:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON ) <br> Plaintiff; ) <br>  ) <br> v. ) <br>  ) <br> MARY DOWDS, ARTHUR IGA ) <br> FOODLINER, MICHAEL GOODMAN, ) <br> And ROGER HANSEN, ) <br> Defendants. ) | Case no. 06-cv-2211 |

CORRECTION TO MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT IGA FOODLINER'S MOTION TO DISMISS

COMES NOW Plaintiff, Jordan T. Banton, and correcting an error made on his previously filed Motion for Extension to Reply to Defendant IGA Foodliner's (hereinafter "Defendant") Motion to Dismiss (Doc. 8), states as follows:

1. Plaintiff's counsel inadvertently docketed Plaintiff's Reply to Defendant's Motion to Dismiss as being due in this Court by March 10, 2007.

2. While filing the Motion for Extension today, Plaintiff's counsel discovered his mistake (that the Reply was due on February 23, 2007).

3. With apologies to the Court and counsel, Plaintiff reaffirms his Motion for Extension (Doc. 8) and asks this Court to grant the relief requested in that Motion.

4. No party will be prejudiced by granting this Motion, and this Motion was not brought to cause undue delay or to harass any party.

Wherefore, Plaintiff asks this Court to grant him an extension of time of 21 days in which to file his Reply to Defendant's Motion to Dismiss.

Respectfully,
JORDAN T. BANTON, Plaintiff


By: _s/Jason R. Craddock__
Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL 60412
(708) 662-0945
Fax: (708) 753-1242

CERTIFICATE OF SERVICE

On March 5, 2007, the foregoing document was filed electronically via the CM/ECF system with the Clerk of the U.S. District Court, Central District of Illinois, and the same will be automatically sent electronically to all parties who have appeared in this cause by their counsel.

By: _s/Jason R. Craddock__
