05442-R3661
KBH:dkl
G:\61\R3661\R3661EOA 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHN C. A. BAMBENEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 07-2012 |
| ) | |
| JAMES A. WRIGHT, Executive Inspector ) | |
| General, GILBERT R. JIMENEZ, Deputy ) | |
| Inspector General for Investigations, and ) | |
| DONNA McNEELY, University Ethics ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

NOW COMES JAMES C. KEARNS of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, DONNA McNEELY, University Ethics Officer.  Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

DONNA McNEELY, University Ethics Officer,
Defendant

s/ James C. Kearns
Attorney for Defendants
ARDC #1422251
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. John C. A. Bambenek
715 Erin Drive
Champaign, IL 61822

        s/ James C. Kearns
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: jkearns@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2