E-FILED
Friday, 16 March, 2007   04:08:01 PM
Clerk, U.S. District Court, ILCD

05483-R3662
KEF:dkl
G:\62\R3662\R3662PMD 001

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 06 CV 2211 ) |
| MARY DOWDS, individually and as an agent of ARTHUR I.G.A. FOODLINER, an Illinois corporation; MICHAEL GOODMAN Arthur Chief of Police, individually and officially; and ROGER HANSEN, Arthur police officer, individually and officially, | ) ) ) ) ) ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS

NOW COME the Defendants, MICHAEL GOODMAN and ROGER HANSEN, by HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and respectfully move this Court to dismiss Counts I through III of the Amended Complaint. For their motion, Defendants state as follows:

1.      On October 31, 2006, Plaintiff filed his original Complaint against Dowds and Hansen in this Court. On January 19, 2007, Plaintiff filed his eight-count Amended Complaint naming Michael Goodman for the first time. Only Counts I, II and III relate to Defendants Hansen and Goodman. Plaintiff cites 42 U.S.C. Section 1983 as the basis for the jurisdiction of this Court for Count I. (Amended Complaint, Par. 2) Plaintiff cites 28 U.S.C. Section 1367(a) as the jurisdictional basis for the purported state court claims of malicious prosecution found in Counts II and III. (Amended Complaint, Par. 3)

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

2.   Count I purports to be a Section 1983 claim against Officer Hansen for a violation of his Fourth Amendment rights. Plaintiff appears to premise Count I on an alleged false arrest theory. Count I does not state whether the 1983 claim is against Officer Hansen in his official or individual capacity.

3.   Count II purports to be a state court malicious prosecution claim against Officer Hansen.

4.   Count III purports to be a state court malicious prosecution claim against Chief Goodman.

5.   Officer Hansen had probable cause that the plaintiff committed a theft.

6.   The existence of probable cause bars plaintiff's claim for a violation of his Fourth Amendment rights.

7.   The fact that the plaintiff was never seized defeats any claim for a violation of his Fourth Amendment rights against Officer Hansen.

8.   The existence of probable cause entitles Officer Hansen qualified immunity from plaintiff's claim for a violation of his Fourth Amendment rights.

9.   The factual basis for the conclusion that Officer Hansen "fabricated evidence" and "omitted exculpatory" evidence is irrelevant.

10.  The existence of probable cause bars plaintiff's state court claim for malicious prosecution against Officer Hansen.

11.  The plaintiff's purported claim against Arthur Chief of Police Michael Goodman (Goodman) is barred by the statute of limitations.

12.  The existence of probable cause bars plaintiff's state court claim for malicious prosecution against Chief Goodman.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

13. Count III fails to state any cause of action against Chief Goodman.

14. Counts II and III must be dismissed because Officer Hansen and Chief Goodman are immunized by 745 ILCS 10/2-202.

15. A Memorandum of Law has been filed concurrently with this motion.

WHEREFORE, Defendants respectfully request that this Court dismiss Counts I, II and III of the Amended Complaint and for any other relief this Court deems fit.

    MICHAEL GOODMAN and
    ROGER HANSEN, Defendants

    s/ James C. Kearns
    Attorney for Defendants
    Heyl, Royster, Voelker & Allen
    Suite 300
    102 E. Main Street
    P.O. Box 129
    Urbana, IL 61803-0129
    217-344-0060 Phone
    217-344-9295 Fax
    E-mail: jkearns@hrva.com

**HeylRoyster**
**Voelker**
**&Allen**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:


Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL 60412


Ms. Lorna K. Geiler
Meyer Capel, P.C.
P.O. Box 6750
Champaign, IL 61826-6750

 

s/ James C. Kearns
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060