05483-R3662
JCK:tlp
G:\62\R3662\R3662PMI 002

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 06 CV 2211 |
| ) | |
| MARY DOWDS, individually and as an ) | |
| agent of ARTHUR I.G.A. FOODLINER, ) | |
| an Illinois corporation; MICHAEL GOODMAN ) | |
| Arthur Chief of Police, individually and ) | |
| officially; and ROGER HANSEN, Arthur ) | |
| police officer, individually and officially, ) | |
| ) | |
| Defendant. ) | |

**OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

NOW COME the Defendants, MICHAEL GOODMAN and ROGER HANSEN, by JAMES C. KEARNS of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and hereby object to the Plaintiff's Motion for Leave to File the Third Amended Complaint, and in support of said motion, state as follows:

  1.  On October 31, 2006, the Plaintiff, JORDAN T. BANTON, filed his multiple-count Complaint against Roger Hansen, as well as other Defendants.

  2.  On January 19, 2007, the Plaintiff filed his Amended Complaint against all current Defendants, including Officer Hansen and Chief Goodman.

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

3. On March 16, 2007, these Defendants filed their Motion to Dismiss the Plaintiff's Complaint (Counts I, II, and III), along with their Memorandum of Law in support of that Motion to Dismiss. That Motion to Dismiss addressed the Plaintiff's Amended Complaint filed on January 19, 2007.

4. On March 16, 2007, the Court ordered the Plaintiff to file his response to Defendants Goodman's and Hansen's Motion to Dismiss by April 2, 2007.

5. The Plaintiff filed a Motion for Leave to File a Second Amended Complaint.

6. The Plaintiff's Amended Complaint contained facts relating to the incident underlying the alleged liability and theories Plaintiff asserts against Officer Hansen and Chief Goodman. These facts serve as the basis for Defendants' request that this Court enter a dismissal of all counts against Chief Goodman and Officer Hansen with prejudice, as those facts constitute the probable cause necessary to defeat the Federal Fourth Amendment claim, as well as the state court claim for malicious prosecution.

7. Plaintiff's Second Amended Complaint asserts the same theories that were advanced in the Plaintiff's Amended Complaint, that the Plaintiff's Fourth Amendment rights were allegedly violated, as well as his suffering a malicious prosecution. The only substantive difference between the Plaintiff's First Amended Complaint and the Second Amended Complaint is that the Plaintiff added Count IV, a malicious prosecution claim against Chief Goodman.

8. That as a consequence, these Defendants filed an Objection to the Plaintiff's Motion for Leave to Amend and file the Second Amended Complaint, and requested that the Court hear Defendants' Motion to Dismiss.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

9. That in response to said objections, the Plaintiff filed a Motion for Leave to File a Third Amended Complaint. At a subsequent hearing, the Court ruled that the motion to file the Second Amended Complaint was mooted and requested these Defendants respond to the Plaintiff's Motion for Leave to File Third Amended Complaint.

10. That attached hereto, marked as Exhibit "A" is a count-by-count comparison of the Amended Complaint, the proposed Second Amended Complaint now withdrawn, and the proposed Third Amended Complaint.

11. That in the Third Amended Complaint, the Plaintiff adds no new facts to the Amended Complaint; indeed, three of the four counts are identical to those in the proposed Second Amended Complaint, the malicious prosecution claim against Chief Goodman, and the Second Amended Complaint is withdrawn and allegations are added against both Chief Goodman and Officer Hansen that the acts complained of violate not only the Fourth Amendment as was originally claimed, but also the Fifth and Fourteenth Amendments. In addition to Section 1988, the Plaintiff seeks relief under Section 1983.

12. These changes do not in any way alleviate the problems which resulted in these Defendants objecting to the Motion for Leave to Amend in the first place.

13. That the Third Amended Complaint in no way cures the defects of the original pleading which these Defendants moved to dismiss. These Defendants should not be required to go through lengthy and expensive discovery in a case where the Plaintiff's Complaint is, on its face when coupled with Plaintiff's trial testimony, without any support in the law. Defendants continue to object to the Plaintiff's attempts to amend the Complaint, and further request that this Court rule on the Motion to Dismiss filed originally herein.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

14. Defendants further request that the Plaintiff be required to respond to the assertions in the Motion to Dismiss which, to date, he has not done.

WHEREFORE, Defendants, MICHAEL GOODMAN and ROGER HANSEN, respectfully request that this Court enter an Order denying Plaintiff's Motion for Leave to File Third Amended Complaint.

        MICHAEL GOODMAN and
        ROGER HANSEN, Defendants

        s/ James C. Kearns
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: jkearns@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL  60412

Ms. Lorna K. Geiler
Meyer Capel, P.C.
P.O. Box 6750
Champaign, IL  61826-6750

                                               s/ James C. Kearns
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**EXHIBIT "A"**

|  | **First Amended Complaint** | **Second Amended Complaint** | **Third Amended Complaint** |
|---|---|---|---|
| **Intro** |  | Identical to First Amended Complaint | Identical. |
| **Count I**<br><br>**§ 1983 Claim - Claim Against Officer Roger Hansen** |  | Paragraphs 1 through 3, identical.<br><br>Paragraph 4 adds, "(which his mother told Hansen)"<br><br>Paragraph 5, identical.<br><br>Paragraph 6 adds, "Which included fabricated evidence and which withheld exculpatory evidence." Adds, "Was seized and deprived of his liberty by virtue of being." Slightly changes the language which reports that he appeared in court for arraignment, pretrial and trial. Cites United States Supreme Court decision of <u>Albright v. Oliver</u>, 510 U.S. 266, 271, 278 (1994).<br><br>Paragraphs 7 and 8, identical.<br><br>Paragraph 9 adds, "Malicious and wilful and wanton."<br><br>Paragraph 10, identical.<br><br>Paragraph 11 adds, "And deprived of his liberty." Slightly changes the language which indicates that he appeared in court for arraignment, pretrial and trial. | Identical to Second Amended Complaint; wherefore clause modified. |
| **Count II**<br><br>**Malicious Prosecution Claim Against Roger Hansen** |  | Same changes. | Identical to Second Amended Complaint; wherefore clause modified. |

|  | **First Amended Complaint** | **Second Amended Complaint** | **Third Amended Complaint** |
|---|---|---|---|
| **Count III**<br><br>**Malicious Prosecution Against Michael Goodman** |  | Same changes.<br><br>Paragraph 11 adds, "In that he 'ignored a realistic opportunity to intervene' and prevent the malicious prosecution of plaintiff following his review of Hansen's police report in which he fabricated evidence and withheld exculpatory evidence."<br><br>Paragraph 12 is identical. | Violation of Fifth and Fourteenth Amendments; Section 1983 against Hansen. |
| **Count IV** | No Count IV. | In language identical to Count 2, adds complaint against Goodman for malicious prosecution. | Violation of Fourth, Fifth and Fourteenth Amendments; Section 1983 against Goodman. |