IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:06-cv-02211 |
| MARY DOWDS, individually and as an agent of KIRBY FOODS, INC., d/b/a ARTHUR I.G.A. FOODLINER, KIRBY FOODS, INC., d/b/a ARTHUR I.G.A. FOODLINER, MICHAEL GOODMAN, Arthur Chief of Police, individually and officially, and ROGER HANSEN, Arthur police officer, individually and officially, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES Lorna K. Geiler of Meyer Capel, A Professional Corporation and hereby enters its appearance on behalf of the Defendant, MARY DOWDS, in the above-captioned lawsuit.

Respectfully submitted,

**s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jason R. Craddock<br>P.O. Box 1514<br>Sauk Village, IL 60412<br>captain1970@thelifeline.net | Keith E. Fruehling<br>James C. Kearns<br>Heyl Royster Voelker & Allen<br>P.O. Box 129<br>Urbana, IL 61801-0129<br>kfruehling@hrva.com<br>jkearns@hrva.com |

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

    XXX

Respectfully submitted,

    **s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com