IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:06-cv-02211 |
| | ) |
| MARY DOWDS, individually and as an agent | ) |
| of ARTHUR I.G.A. FOODLINER, | ) |
| ARTHUR I.G.A. FOODLINER, | ) |
| MICHAEL GOODMAN, Arthur Chief of Police, | ) |
| individually and officially, and ROGER HANSEN, | ) |
| Arthur police officer, individually and officially, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ADOPT CO-DEFENDANT'S
<u>RESPONSE TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT</u>**

NOW COMES the Defendant, MARY DOWDS, by her attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and hereby adopts and incorporates by reference, as if filed separately and on her own behalf, the Response to Motion for Leave to File Third Amended Complaint filed by KIRBY FOODS, INC., d/b/a ARTHUR I.G.A. FOODLINER, incorrectly sued as ARTHUR I.G.A FOODLINER

Respectfully submitted,

<u>s/Lorna K. Geiler</u>
Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed the foregoing **Motion to Adopt Co-Defendant's Response to Motion for Leave to File Third Amended Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Jason R. Craddock<br>P.O. Box 1514<br>Sauk Village, IL 60412<br>captain1970@thelifeline.net | Keith E. Fruehling<br>James C. Kearns<br>Heyl Royster Voelker & Allen<br>P.O. Box 129<br>Urbana, IL 61801-0129<br>kfruehling@hrva.com<br>jkearns@hrva.com |

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

                                                         **s/Lorna K. Geiler**
                                       Lorna K. Geiler, No. 7372814
                                       Attorney for Defendant
                                       Meyer Capel, A Professional Corporation
                                       306 W. Church Street
                                       Champaign, IL 61820
                                       Telephone: (217) 352-1800
                                       Fax: (217) 352-1083
                                       lgeiler@meyercapel.com