**E-FILED**
Friday, 14 September, 2007  11:35:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JORDAN T. BANTON　　　　　　　　）
Plaintiff;　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　）　　　Case no. 06-cv-2211
　　　　　　　　　　　　　　　　）
MARY DOWDS, ARTHUR IGA　　　　）
FOODLINER, MICHAEL GOODMAN,　）
And ROGER HANSEN,　　　　　　　）
Defendants.　　　　　　　　　　　）

## NOTICE OF CORRECTION

COMES NOW Plaintiff, Jordan T. Banton, correcting an error made on his previously filed Objection to Reports and Recommendations of the Magistrate (Doc. 27). The section on Page 9 of Doc. 27 under the heading "Conclusion" erroneously read: "*For the foregoing reasons, Plaintiff asks this Court to grant him leave to file his Third Amended Complaint.*" The sentence in that section should be and hereby is CORRECTED to read: "*For the foregoing reasons, Plaintiff asks this Court to REJECT the recommendations of the Magistrate to dismiss his claims against Defendant Arthur IGA for sexual harassment and to dismiss his claims against Defendants Goodman and Hansen. If this Court finds that Plaintiff should further amend his complaint, then Plaintiff asks this Court to allow him leave to file the Third Amended Complaint that was disallowed by the Magistrate (text entry dated August 20, 2007—no document number), or leave to file a different amended complaint.*"

Respectfully,

JORDAN T. BANTON, Plaintiff

By:  s/Jason R. Craddock
Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL 60412
(708) 662-0945
Fax: (708) 753-1242


CERTIFICATE OF SERVICE

On September 14, 2007, the foregoing document was filed electronically via the CM/ECF system with the Clerk of the U.S. District Court, Central District of Illinois, and the same will be automatically sent electronically to all parties who have appeared in this cause by their counsel.

By:  s/Jason R. Craddock