IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON )<br>Plaintiff; )<br>)<br>v. )<br>)<br>MARY DOWDS, ARTHUR IGA )<br>FOODLINER, MICHAEL GOODMAN, )<br>And ROGER HANSEN, )<br>Defendants. ) | Case no. 06-cv-2211 |

MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

COMES NOW Plaintiff, Jordan T. Banton, and moving this Court to allow him to file supplemental authority to support his previously filed Objection (Doc. 27) to Reports and Recommendations of the Magistrate (Docs. 24 and 25), states as follows:

Particularly with respect to the Magistrate's recommendation that the sexual harassment claim against Defendant Arthur IGA be dismissed (Doc. 25), Plaintiff submits the following cases which are relevant to the issues presented:

- *Zipes v. TWA*, 455 U.S. 385 (U.S. 1982) (particularly pp. 393-398) ("We hold that filing a timely charge of discrimination with the EEOC is not a jurisdictional prerequisite to suit in federal court, but a requirement that, like a statute of limitations, is subject to waiver, estoppel, and equitable tolling. The structure of Title VII, the congressional policy underlying it, and the reasoning of our cases all lead to this conclusion." *Id.*, at 393.)

- *Dillon v. City of Chicago*, 1985 U.S. Dist. LEXIS 14518, 2-3 (D. Ill. 1985) ("An employer's failure to post the information required to be posted under the ADEA will toll the limitations period until plaintiff either retains an attorney or

acquires actual knowledge of his rights… defendant's motion to dismiss plaintiff's complaint is denied and plaintiff is given leave to amend his complaint in accord with this opinion").

Plaintiff respectfully asks this Court to allow him leave to submit as supplemental authority the above two cases, and asks this Court to consider them, along with the other arguments presented in his Objection (Doc. 27), and reject the recommendations to dismiss his claims against Defendants.

Respectfully,

JORDAN T. BANTON, Plaintiff


By: _s/Jason R. Craddock_
Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL 60412
(708) 662-0945
Fax: (708) 753-1242


CERTIFICATE OF SERVICE

On September 14, 2007, the foregoing document was filed electronically via the CM/ECF system with the Clerk of the U.S. District Court, Central District of Illinois, and the same will be automatically sent electronically to all parties who have appeared in this cause by their counsel.

By: _s/Jason R. Craddock_