05483-R3662
G:\62\R3662\R3662PMI 003

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON,           ) | |
|     Plaintiff,                      ) | |
| ) | |
|     vs.                                    ) | No.: 06 CV 2211 |
| ) | |
| MARY DOWDS, individually and as an    ) | |
| agent of ARTHUR I.G.A. FOODLINER,   ) | |
| an Illinois corporation; MICHAEL GOODMAN ) | |
| Arthur Chief of Police, individually and     ) | |
| officially; and ROGER HANSEN, Arthur    ) | |
| police officer, individually and officially,    ) | |
|     Defendant.                   ) | |

**MOTION FOR RULE 54(b) FINDING**

NOW COME the Defendants, MICHAEL GOODMAN and ROGER HANSEN, by their attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby respectfully move this Court to enter an order pursuant to Federal Rule of Civil Procedure (hereinafter "FRCP") 54(b), and in further support thereof state as follows:

1.    On September 19, 2007, this Court entered its Order with respect to Defendant Goodman's and Defendant Hansen's motions to dismiss.

2.    Specifically, the Court ruled as follows: "The Motion to Dismiss (#14) filed by Defendants Roger Hansen and Michael Goodman is GRANTED. Counts I, II and III of the Plaintiff's Amended Complaint (#2) are hereby dismissed, with prejudice, and Defendants Hansen and Goodman are terminated as parties in this action."

3.    The Court's Order allowed the retaliatory discharge claim by Plaintiff against Co-Defendant, IGA, to survive. Accordingly, the Court's Order adjudicates fewer than all the claims and/or the rights and liabilities of fewer than all the parties.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

4. Pursuant to FRCP 54(b), this Court has the discretion to add certain express determinations to its Order of September 19, 2007.

5. Pursuant to FRCP 54(b), this Court should amend its final Order to expressly add the following: that its Orders as to Counts I, II and III as to Defendants Goodman and Hansen are a final judgment, that there is no just reason for delay of the entry of judgment, and that the same be expressly entered immediately.

6. That the addition of said language furthers the administration of justice and prejudices no parties.

WHEREFORE, Defendants MICHAEL GOODMAN and ROGER HANSEN respectfully request that this Court exercise its discretion pursuant to FRCP 54(b) and add the following express determinations to its Order of September 19, 2007 dismissing Counts I, II and III against Defendants Goodman and Hansen with prejudice:

1. There is no just reason for delay; and

2. Judgment is therefore entered immediately

Any other relief this Court deems fit.

    MICHAEL GOODMAN and
    ROGER HANSEN, Defendants

    s/ Keith E. Fruehling
    Attorney for Defendants
    Heyl, Royster, Voelker & Allen
    Suite 300
    102 E. Main Street
    P.O. Box 129
    Urbana, IL 61803-0129
    217-344-0060 Phone
    217-344-9295 Fax
    E-mail: kfruehling@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL  60412

Ms. Lorna K. Geiler
Meyer Capel, P.C.
P.O. Box 6750
Champaign, IL  61826-6750

s/ Keith E. Fruehling
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060