**E-FILED**
Tuesday, 02 October, 2007  02:15:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JORDAN T. BANTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2:06-cv-02211 |
| | ) | |
| MARY DOWDS, individually and as an agent | ) | |
| of ARTHUR I.G.A. FOODLINER, | ) | |
| ARTHUR I.G.A. FOODLINER, | ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, | ) | |
| individually and officially, and ROGER HANSEN, | ) | |
| Arthur police officer,  individually and officially, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER

NOW COMES the Defendant, KIRBY FOODS, INC., d/b/a ARTHUR I.G.A.

FOODLINER, incorrectly sued as ARTHUR I.G.A FOODLINER (hereinafter "IGA"), by its

attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and for its Answer states

as follows:

### JURISDICTION

1.    The Defendant, IGA, admits the allegations contained in Paragraph 1.

2.    The Defendant, IGA, admits the allegations contained in Paragraph 2.

3.    The Defendant, IGA, denies the allegations contained in Paragraph 3.

Count I: Violation of Fourth Amended – 42 U.S.C. §1983: Officer Roger Hanson

The Defendant, IGA, makes no response to the allegations contained in Count I of the

Plaintiff's Amended Complaint as said Count is not directed against this Defendant.

<u>Count II: Malicious Prosecution: Officer Roger Hanson</u>

The Defendant, IGA, makes no response to the allegations contained in Count II of the

Plaintiff's Amended Complaint as said Count is not directed against this Defendant.

<u>Count III: Malicious Prosecution: Chief Michael Goodman</u>

The Defendant, IGA, makes no response to the allegations contained in Count III of the

Plaintiff's Amended Complaint as said Count is not directed against this Defendant.

<u>Count IV: Mary Dowds: Sexual Harassment – 42 U.S.C. §2000e</u>

The Defendant, IGA, makes no response to the allegations contained in Count IV of the

Plaintiff's Amended Complaint as said Count is not directed against this Defendant.

<u>Count V: Respondent Superior: Arthur IGA Foodliner</u>

The Defendant, IGA, makes no response to Count V as said Count has been dismissed.

<u>Count VI: Retaliatory Discharge: Arthur IGA Foodliner</u>

1-7.    The Defendant, IGA, has insufficient knowledge to form a belief as to the truth or

falsity of the allegations contained in Paragraphs 1-7 of Count III of the Plaintiff's Amended

Complaint.

8.    The Defendant, IGA, denies the allegations contained in Paragraph 8 of the

Plaintiff's Amended Complaint.

9.    The Defendant, IGA, denies the allegations contained in Paragraph 9 of the

Plaintiff's Amended Complaint.

10.    The Defendant, IGA, denies the allegations contained in Paragraph 10 of the

Plaintiff's Amended Complaint.

WHEREFORE, the Defendant, KIRBY FOODS, INC., d/b/a ARTHUR I.G.A.

FOODLINER, incorrectly sued as ARTHUR I.G.A FOODLINER, prays that the Court enter

judgment in its favor as to Count VI of the Amended Complaint.

<u>Count VII: Malicious Prosecution: Mary Dowds</u>

The Defendant, IGA, makes no response to the allegations contained in Count VII of the

Plaintiff's Amended Complaint as said Count is not directed against this Defendant.

<u>Count VIII: Respondent Superior: Arthur IGA Foodliner</u>

The Defendant, IGA, makes no response to Count VIII as said Count has been dismissed.

Respectfully submitted,

**s/Lorna K. Geiler**

Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing **Answer** with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following:

Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL 60412
captain1970@thelifeline.net

I also hereby certify that I have mailed by United States Postal Service the above

mentioned document to the following non CM/ECF participants:

XX


_____**s/Lorna K. Geiler**_____
Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com