IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.: 2:06-cv-02211 |
| MARY DOWDS, individually and as an agent of ARTHUR I.G.A. FOODLINER, ARTHUR I.G.A. FOODLINER, MICHAEL GOODMAN, Arthur Chief of Police, individually and officially, and ROGER HANSEN, Arthur police officer, individually and officially, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

## REPORT OF RULE 26(f) PLANNING MEETING

The Plaintiff, JORDAN T. BANTON, being represented by Jason R. Craddock and the Defendants, KIRBY FOODS, INC., d/b/a ARTHUR I.G.A. FOODLINER, incorrectly sued as ARTHUR I.G.A FOODLINER (hereinafter "IGA") and MARY DOWDS, being represented by Lorna K. Geiler, counsel met on October 2, 2007, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

    1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by October 31, 2007.

    2. The deadline for amendment of pleadings is December 1, 2007.

    3. The deadline for joining additional parties is December 1, 2007.

    4. Plaintiff shall disclose experts and provide expert reports by January 1, 2008. Plaintiff shall make any such experts available for deposition by March 1, 2008.

    5. Defendants shall disclose experts and provide expert reports by May 1, 2008.

Defendants shall make any such experts available for deposition by July 1, 2008.

6. Discovery shall be modified as follows: N/A

7. All discovery, including deposition of experts, is to be completed by July 1, 2008.

8. The deadline for filing case dispositive motions shall be August 15, 2008.


| s/Lorna K. Geiler | s/Jason R. Craddock |
|---|---|
| Lorna K. Geiler, No. 7372814 | Jason R. Craddock |
| Attorney for Defendants, | Attorney for Plaintiff |
|   Mary Dowds and Arthur I.G.A. Foodliner | Law Office of Jason R. Craddock |
| Meyer Capel, A Professional Corporation | P.O. Box 1514 |
| 306 W. Church Street | Sauk Village, IL 60412 |
| Champaign, IL 61820 | captain1970@thelifeline.net |
| Telephone: (217) 352-1800 | |
| Fax: (217) 352-1083 | |
| lgeiler@meyercapel.com | |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-02211 |
| ) | |
| MARY DOWDS, individually and as an agent ) | |
| of ARTHUR I.G.A. FOODLINER, ) | |
| ARTHUR I.G.A. FOODLINER, ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, ) | |
| individually and officially, and ROGER HANSEN, ) | |
| Arthur police officer, individually and officially, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before
_____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before
_____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before
_____ on _____.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing **Report of Rule 26(f) Planning Meeting** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL 60412
captain1970@thelifeline.net

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

XX

                                                **s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com