IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-02211 |
| ) | |
| MARY DOWDS, individually and as an agent ) | |
| of ARTHUR I.G.A. FOODLINER, ) | |
| ARTHUR I.G.A. FOODLINER, ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, ) | |
| individually and officially, and ROGER HANSEN, ) | |
| Arthur police officer, individually and officially, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she served **Disclosure Pursuant to Federal Rule 26** in the above-captioned matter upon the following by depositing a copy of same in the U.S. Mails, properly addressed and with proper postage affixed thereto this 10th day of October, 2007, to:

Mr. Jason R. Craddock
P.O. Box 1514
Sauk Village, IL 60412
captain1970@thelifeline.net

The originals of said **Disclosure Pursuant to Federal Rule 26** was not filed with the Clerk of the Court, and this Certificate of Service is hereby filed with the Clerk of the Court, disclosing that a copy were served as stated herein.

                                                     **s/Lorna K. Geiler**
                                                     Lorna K. Geiler, No. 7372814
                                                     Attorney for Defendant
                                                     Meyer Capel, A Professional Corporation
                                                     306 W. Church Street
                                                     Champaign, IL 61820
                                                     Telephone: (217) 352-1800
                                                     Fax: (217) 352-1083
                                                     lgeiler@meyercapel.com