IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-02211 |
| ) | |
| MARY DOWDS, individually and as an agent ) | |
| of ARTHUR I.G.A. FOODLINER, ) | |
| ARTHUR I.G.A. FOODLINER, ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, ) | |
| individually and officially, and ROGER HANSEN, ) | |
| Arthur police officer, individually and officially, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she served **IGA's Interrogatories to Plaintiff Jordan T. Banton, IGA's Request to Produce to Plaintiff Jordan T. Banton, and IGA's Request for Admissions to Plaintiff Jordan T. Banton** in the above-captioned matter upon the following by depositing a copy of the same in the U.S. Mails, properly addressed and with proper postage affixed thereto this 17th day of October, 2007:

> Mr. Jason R. Craddock
> P.O. Box 1514
> Sauk Village, IL 60412
> captain1970@thelifeline.net

The original of said Interrogatories, Request to Produce, and Request for Admissions were not filed with the U.S. District Court Clerk for the Central District pursuant to Local Rule 26.3, and this Certificate of Service is hereby filed with the Court Clerk, disclosing that copies were served as stated herein.

> s/Lorna K. Geiler
> Lorna K. Geiler, No. 7372814
> Attorney for Defendant
> Meyer Capel, A Professional Corporation
> 306 W. Church Street
> Champaign, IL 61820
> Telephone: (217) 352-1800
> Fax: (217) 352-1083
> lgeiler@meyercapel.com