E-FILED
Thursday, 25 October, 2007  03:44:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **JORDAN T. BANTON,** ) | |
|         **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **MARY DOWDS, individually and as an** ) | |
| **agent of ARTHUR I.G.A. FOODLINER,** ) | |
| **ARTHUR I.G.A. FOODLINER,** ) | |
| **MICHAEL GOODMAN, Arthur Chief of** ) | **Case No. 06-2211** |
| **Police, individually and officially, and** ) | |
| **ROGER HANSEN, Arthur police officer,** ) | |
| **individually and officially,** ) | |
| ) | |
|         **Defendants.** ) | |

# DISCOVERY ORDER

A discovery conference was held **October 23, 2007,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). The conference was held by telephone conference call pursuant to CDIL-LR Rule 16.2(C). Plaintiff was represented by Jason R. Craddock. Defendants were represented by Lorna K. Geiler. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

    **WHEREFORE, IT IS ORDERED:**

    1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **October 31, 2007.**

    2. The deadline for amendment of pleadings is **December 1, 2007.**

    3. The deadline for joining additional parties is **December 1, 2007.**

    4. Plaintiff shall disclose experts and provide expert reports by **January 1, 2008.** Plaintiff shall make any such experts available for deposition by **March 1, 2008.**

    5. Defendants shall disclose experts and provide expert reports by **May 1, 2008.**

    6. All discovery, including deposition of experts, is to be completed by **July 1, 2008.**

    7. The deadline for filing case dispositive motions shall be **August 15, 2008.**

8.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **November 25, 2008, at 3:30 p.m.**

9.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **December 8, 2008 at 9:00 a.m. (approx. 2 days) (Case No. 3).**

ENTER this 25th day of October, 2007

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE
