IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JORDAN T. BANTON,

    Plaintiff,

v.

MARY DOWDS, individually and as an agent
of ARTHUR I.G.A. FOODLINER,
ARTHUR I.G.A. FOODLINER,
MICHAEL GOODMAN, Arthur Chief of Police,
individually and officially, and ROGER HANSEN,
Arthur police officer, individually and officially,

    Defendants.

Case No.: 2:06-cv-02211

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a United States District Judge and consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including the trial, and ordering the entry of a final judgment.

FOR THE PLAINTIFF:

Jason R. Craddock

DATE: 10/31/07, 2007

FOR THE DEFENDANTS:

Lorna K. Geiler

DATE: 11-5, 2007

## ORDER

IT IS ORDERED that this case is referred to the Honorable David G. Bernthal, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, and the foregoing consent of the parties.

ENTER this 7th day of November, 2007.

s/Michael P. McCuskey
UNITED STATES DISTRICT JUDGE

(NOTE: Return this form to the Clerk of Court only if all parties have consented on this form to proceed before a Magistrate Judge.)