IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-02211 |
| ) | |
| MARY DOWDS, individually and as an agent ) | |
| of ARTHUR I.G.A. FOODLINER, ) | |
| ARTHUR I.G.A. FOODLINER, ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, ) | |
| individually and officially, and ROGER HANSEN, ) | |
| Arthur police officer, individually and officially, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO MOTION FOR LEAVE TO FILE *INSTANTER* MOTION
TO STRIKE AND MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Defendant, MARY DOWDS, by her attorney Lorna K. Geiler of Meyer Capel, A Professional Corporation, and states that she has no objection to the Plaintiff's Motion For Leave to File *Instanter* Motion to Strike and Motion for Default Judgment.

Respectfully submitted,

**s/Lorna K. Geiler**
Lorna K. Geiler, No. 7372814
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2007, I electronically filed the foregoing **Response to Motion for Leave to File *Instanter* Motion to Strike and Motion for Default Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Jason R. Craddock
> P.O. Box 1514
> Sauk Village, IL 60412
> captain1970@thelifeline.net

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

s/Lorna K. Geiler
Lorna K. Geiler, No. 7372814
Attorney for the Defendants
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
lgeiler@meyercapel.com
