IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-02211 |
| ) | |
| MARY DOWDS, individually and as an agent ) | |
| of ARTHUR I.G.A. FOODLINER, ) | |
| ARTHUR I.G.A. FOODLINER, ) | |
| MICHAEL GOODMAN, Arthur Chief of Police, ) | |
| individually and officially, and ROGER HANSEN, ) | |
| Arthur police officer, individually and officially, ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF DEPOSITIONS**

TO:    Mr. Jason R. Craddock    Area Wide Reporting Service
          P.O. Box 1514                     301 W. White Street
          Sauk Village, IL 60412             Champaign, IL 61820

    PLEASE TAKE NOTICE that on November 28, 2007, before Area Wide Reporting Service, a notary public, or any other officer authorized by law to take depositions in like cases, the undersigned Counsel for the Defendants will take the following depositions:

    Julie Banton - 2:30 p.m.
    Doug Banton - 3:30 p.m.
    Jordan Banton - 4:30 p.m.

at the law offices of Meyer Capel, 306 W. Church Street, Champaign, IL 61820.

                                            Respectfully submitted,

                                            **s/Lorna K. Geiler**
                                            Lorna K. Geiler, No. 7372814
                                            Attorney for Defendant
                                            Meyer Capel, A Professional Corporation
                                            306 W. Church Street
                                            Champaign, IL 61820
                                            Telephone: (217) 352-1800
                                            Fax: (217) 352-1083
                                            lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing **Notice of Depositions** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Jason R. Craddock
> P.O. Box 1514
> Sauk Village, IL 60412
> captain1970@thelifeline.net

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

> s/Lorna K. Geiler
> Lorna K. Geiler, No. 7372814
> Attorney for Defendant
> Meyer Capel, A Professional Corporation
> 306 W. Church Street
> Champaign, IL 61820
> Telephone: (217) 352-1800
> Fax: (217) 352-1083
> lgeiler@meyercapel.com