E-FILED
Friday, 16 November, 2007   05:57:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON,                             ) | |
|       Plaintiff,   ) | |
| )  | |
| v.                                            ) | |
| )  | |
| MARY DOWDS, individually and as an agent   ) | Case No.:06-cv-02211 |
| of ARTHUR I.G.A. FOODLINER,                ) | |
| ARTHUR I.G.A. FOODLINER,                   ) | |
| MICHAEL GOODMAN, Arthur Chief of Police,   ) | |
| individually and officially, and ROGER     ) | |
| HANSEN, Arthur police officer, individually ) | |
| And officially,                            ) | |
|       Defendants. ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he served **Plaintiff Jordan T. Banton's Responses to Defendant IGA's Requests for Admissions** in the above-captioned matter upon the following by depositing a copy of the same in the U.S. Mails, properly addressed and with proper postage prepaid, on November 10, 2007:

Lorna K. Geiler
Attorney for Defendant
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820

      The original of this document was not filed with the U.S. District Court Clerk for the Central District pursuant to Local Rule 26.3, and this Certificate of Service is hereby filed with the Court Clerk, disclosing that copies were served as stated herein.

**s/Jason R. Craddock**
Mr. Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL 60412
Phone: 708.662.0945
Fax: 708.753.1242
captain1970@thelifeline.net

2:06-cv-02211-DGB   # 48   Page 2 of 2