IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| JORDAN T. BANTON | ) | |
| Plaintiff; | ) | |
| | ) | |
| v. | ) | Case no. 06-cv-2211 |
| | ) | |
| MARY DOWDS, ARTHUR IGA | ) | |
| FOODLINER, MICHAEL GOODMAN, | ) | |
| And ROGER HANSEN, | ) | |
| Defendants. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jordan T. Banton hereby voluntarily dismisses, pursuant to Fed.R.Civ.P. 41(a)(1), all pending claims in this action without prejudice.

Respectfully,
JORDAN T. BANTON, Plaintiff

By: __s/Jason R. Craddock__
Jason R. Craddock
Attorney at Law
P.O. Box 1514
Sauk Village, IL 60412
(708) 662-0945 / Fax: (708) 753-1242

CERTIFICATE OF SERVICE

The foregoing document was filed electronically via the CM/ECF system with the Clerk of the U.S. District Court, Central District of Illinois, and the same will be automatically sent electronically to all parties who have appeared in this cause by their counsel, on November 28, 2007.

By: __s/Jason R. Craddock__