# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JORDAN T. BANTON**

vs.                                                                                             Case Number:   **06-2211**

**MARY DOWDS, Individually and as an agent of
Arthur IGA Foodliner, an Illinois Corporation
ROGER HANSEN, Arthur Police Officer, individually
and officially
MICHAEL GOODMAN
Arthur Police Officer, individually and officially
ARTHUR IGA**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that pursuant to an Opinion entered September 19, 2007, Counts I, II, and III are dismissed with prejudice, and defendants Roger Hansen and Michael Goodman are terminated as parties in this action. Count V is dismissed with prejudice. Count VIII is dismissed without prejudice so that plaintiff may pursue a workers' compensation claim in state court.

   **IT IS FURTHER ORDERED AND ADJUDGED** that defendants Mary Dowds and Arthur IGA are voluntarily dismissed.  This case is dismissed.

                                          ENTER this 4th day of January, 2008

                                                   s/Pamela E. Robinson
                                          _____
                                             PAMELA E. ROBINSON, CLERK

                                                      s/S. Johnson
                                          _____
                                                  BY:  DEPUTY CLERK