IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JORDAN T. BANTON;<br>Plaintiff; | )<br>)<br>) |
| v. | )  No. 2:06-cv-02211<br>)  JURY DEMAND |
| MARY DOWDS, individually and as an agent of KIRBY FOODS, d.b.a. ARTHUR I.G.A. FOODLINER, an Illinois corporation; MICHAEL GOODMAN, Arthur Chief of Police, individually and officially; and ROGER HANSEN, Arthur police officer, individually and officially,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, JORDAN T. BANTON, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following Order:

1. Doc. 51: Order dated January 4, 2008, dismissing Counts I, II, III, and V of Plaintiff's Amended Complaint.

JORDAN T. BANTON, Plaintiff

By: ___s/ Jason R. Craddock___
Jason R. Craddock
Attorney for Plaintiff
Post Office Box 1514
Sauk Village, Illinois 60412
Phone: (708) 662-0945
Fax: (708) 753-1242

CERTIFICATE OF SERVICE

    The foregoing document will be served via the CM/ECF system by the Clerk of the Court, having been electronically filed, and will be sent electronically to all parties and counsel of record.

    By: ___s/ Jason R. Craddock___