E-FILED
Friday, 06 June, 2008 11:37:24 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

IN FORMA PAUPERIS APPLICATION
AND FINANCIAL AFFIDAVIT

U.S.C.A. – 7th Circuit
RECEIVED
JUN 2 2008 RMS
GINO J. AGNELLO
CLERK

| | |
|---|---|
| JORDAN T. BANTON, | ) |
| Plaintiff, | ) |
| | ) 7th Circuit |
| | ) Appeal No. 08-1274 |
| v. | ) |
| | ) U.S. District Court |
| MARY DOWDS, individually and as an agent | ) Case No.:06-cv-02211 |
| of ARTHUR I.G.A. FOODLINER, | ) |
| ARTHUR I.G.A. FOODLINER, | ) |
| MICHAEL GOODMAN, Arthur Chief of Police, | ) |
| individually and officially, and ROGER | ) |
| HANSEN, Arthur police officer, individually | ) |
| And officially, | ) |
| Defendants. | ) |

FILED
JUN 0 6
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

U.S.C.A. – 7th Circuit
FILED
JUN 0 2 2008 DDS
GINO J. AGNELLO
CLERK

Wherever "___" is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _____Jordan Banton_____, declare that I am the xplaintiff ___petitioner ___movant (other_____) in the above-entitled case. This affidavit constitutes my application x to proceed without full prepayment of fees, or ____ in support of my motion for appointment of counsel, or ___both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the appeal. In support of this appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ____Yes xNo (If "No," go to Question 2)
I.D. #_____ Name of prison or jail:_____
Do you receive any payment from the institution? ____Yes ____No Monthly amount:_____

2. Are you currently employed? xYes ____No
Monthly salary or wages: $ 2000 /mo
Name and address of employer:
___Catterpiller___
___Decatur IL___

FILED
JUN 0 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

a. If the answer is "No":
Date of last employment:_____
Monthly salary or wages:_____
Name and address of last employer:_____
_____

b. Are you married? xYes ____No
Spouse's monthly salary or wages: __unemployed__
Name and address of employer:_____
3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

a. Salary or wages ____Yes _X_No
Amount_____ Received by_____
b. ____ Business, ____ profession or ____ other self-employment ____Yes _X_No
Amount_____ Received by_____
c. ____ Rent payments, ____ interest or ____ dividends ____Yes _X_No
Amount_____ Received by_____
d. ____ Pensions, _X_ social security, ____ annuities, ____ life insurance, ____ disability, ____ workers' compensation, ____ unemployment, ____ welfare, ____ alimony or maintenance or ____ child support ____Yes ____No
Amount __$600 mo__ Received by __Torri Bassett (step Daughter)__
e. ____ gifts or ____ inheritances ____Yes ____No
Amount_____ Received by_____
f. ____Any other sources (state source:_____) ____Yes _X_No
Amount_____ Received by_____
4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ____Yes _X_No Total amount:_____
In whose name held:_____ Relationship to you:_____
5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ____Yes _X_No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____
6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? _X_Yes ____No
Address of property: __4040 E. William Decator IL__
Type of property: __home__ Current value __$52K__
In whose name held: __Jordan Danton__ Relationship to you: __self__

Amount of monthly mortgage or loan payments: $500 \mo

Name of person making payments: Jordan Banton

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ____Yes _X_No

Property:_____

Current value:_____

In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ____No dependents

torci Bassett (stepfather) Sierra Banton (Father)
Cassie Banton (Father) Leslie Banton (husband) = $2000 \mo

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-29-08    _Jordan Banton_

Signature of Applicant

Jordan Banton
(Print Name)
rev. 10/10/2007