E-FILED
Friday, 13 June, 2008 03:34:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

JUN 1 3 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

June 11, 2008

| | | |
|---|---|---|
| No.: 08-1274 | JORDAN T. BANTON,<br>Plaintiff - Appellant<br><br>v.<br><br>MARY DOWDS, ROGER HANSEN, MICHAEL GOODMAN, et al.,<br>Defendants - Appellees | |

**Originating Case Information:**

District Court No: 2:06-cv-02211-DGB
Central District of Illinois
Magistrate Judge David Bernthal
Clerk/Agency Rep Pamela Robinson

Upon consideration of the **STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE** 42, filed on June 9, 2008, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: 137)

David G. Bernthal
UNITED STATES DISTRICT COURT
Central District of Illinois
100 N.E. Monroe Street
Peoria, IL 61602-0000