# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 11, 2008

To: Pamela Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana 61802-3369

FILED
JUN 16 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| No.: 08-1274 | JORDAN T. BANTON,<br>Plaintiff - Appellant<br><br>v.<br><br>MARY DOWDS, ROGER HANSEN, MICHAEL GOODMAN, et al.,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 2:06-cv-02211-DGB<br>Central District of Illinois<br>Magistrate Judge David Bernthal<br>Clerk/Agency Rep Pamela Robinson |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| CHOOSE THE TYPE OF DISMISSAL BELOW: | F.R.A.P. 42(b) |
| WHAT IS THE STATUS OF THE RECORD? CHOOSE ONE OF THE FOLLOWING: | no record to be returned |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                **Received by:**

_____              _____

form name: **c7_Mandate** (form ID: **135**)



**CERTIFIED COPY**

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

JUN 1 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

June 11, 2008

| No.: 08-1274 | JORDAN T. BANTON, Plaintiff - Appellant <br><br> v. <br><br> MARY DOWDS, ROGER HANSEN, MICHAEL GOODMAN, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 2:06-cv-02211-DGB
Central District of Illinois
Magistrate Judge David Bernthal
Clerk/Agency Rep Pamela Robinson

Upon consideration of the **STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42**, filed on June 9, 2008, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

A True Copy:
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit.